UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

v.

JERU BASKET,

                Defendant.

-----------------------------------------------------------X

**SCHEDULING ORDER**

7:24-cr-175-PMH

      The Status Conference scheduled for May 30, 2024 is adjourned to July 23, 2024 at 3:00 p.m. in Courtroom 520 at the White Plains Courthouse. By July 13, 2024, the Parties shall file a letter advising the Court whether the Status Conference should be converted to a Change of Plea Hearing and provide the Court with the plea agreement and any related documents.

      It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

      The Clerk of the Court is respectfully directed to terminate the pending letter-motion (Doc. 10).

**SO ORDERED:**

Dated: White Plains, New York
       May 29, 2024

_____
Philip M. Halpern
United States District Judge