UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

JERU BASKET,
                     Defendant.

------------------------------------------------------------x

**RESCHEDULING ORDER**

7:24-cr-00175-PMH

Sentencing in this matter currently scheduled for February 6, 2025 is rescheduled to February 24, 2025 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

Defendant's submission is due by February 3, 2025. Government's submission is due by February 10, 2025.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       November 7, 2024

_____
Philip M. Halpern
United States District Judge